United States District Court
Southern District of Texas
**ENTERED**
August 05, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IMEX SHIPPING EUROPE LTD, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-CV-135 |
| | § | |
| GARDINER WELLER, et al., | § | |
|    Defendants. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. No. 10) in the above-referenced cause of action. No objections were filed by either party. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's Amended Complaint be **DISMISSED**. The Court also directs the Clerk of Court to close this case.

Furthermore, Defendants' Motions to Dismiss (Dkt. Nos. 14 and 15) are **DENIED** as moot.

Signed on this ____4th____ day of ____August____, 2016.

Rolando Olvera
United States District Judge